# United States Court of Appeals
## For the First Circuit

No. 19-1896

JACKELINE BARBOSA,
individually and on behalf of others similarly situated,

Plaintiff, Appellant,

MARK ANDERSON, individually and on behalf of other similarly
situated; DOUGLASS BAKER, individually and on behalf of others
similarly situated,

Plaintiffs,

v.

MIDLAND CREDIT MANAGEMENT, INC; SCHREIBER/COHEN, LLC,

Defendants, Appellees,

LUSTIG, GLASER & WILSON, P.C.,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2020, is amended as follows:

On page 9, line 1, replace "like to us" with "like us"